STATE OF NEW JERSEY v. DERRICK GASKINS.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL TUCKER.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL GIBBONS.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH NEWSOME.

October 28, 1986.

Petition for certification denied.